IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE M. WELTON, | ) | |
|     Plaintiff, | ) | 1:09-cv-4107 |
| | ) | |
|     v. | ) | |
| | ) | |
| JAMES A. WEST, P.C., | ) | Jury Demanded |
|     Defendant. | ) | |
| | ) | |
| | ) | |

## COMPLAINT

1. Plaintiff Michelle M. Welton brings this action to secure redress for violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"). The defendant debt collector sent plaintiff the letter attached as Exhibit 1, which makes a material false statement of tax obligations relating to forgiveness of debt.

## JURISDICTION AND VENUE

2. This Court has federal question subject matter jurisdiction over the FDCPA claims under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k, and over the TCPA claims under 28 U.S.C. §1367 and the Class Action Fairness Act.

3. Venue is proper because a substantial portion of the events complained of occurred in this District.

## PARTIES

4. Michelle Welton is an individual who resides in this district.

5.      James A. West, P.C. ("West") is a law office that has an office at 6380 Rogerdale Road, Suite 130, Houston, TX 77072-1624.  Its website is www.wildwildwest-law.com.  West regularly collects consumer debts and is a debt collector as defined in the FDCPA.

**FACTS**

6.      On or around August 27, 2008, West sent plaintiff the collection letter attached as Exhibit 1, in an attempt to collect a debt.

7.      Any such debt would have been incurred for personal, family or household purposes.

8.      Exhibit 1 states:

> **Our client is required to file informatino returns onform 1099C with the IRS for any forgiveness of $600 or more.  Please consult your tax advisor if you have any questions.**

9.      The statement that West's client, Capital One Bank (USA), N.A. is required to file information returns on form 1099C for "any forgiveness of  $600 or more" is materially false.

10.     There are reasonably foreseeable circumstances where the creditor would not be required to file any 1099C with respect to plaintiff.

11.     For example, according to Tax Code Regulation 1.6050P-1 (b)(2)(C), no taxable event would happen if the collector forgave the debt after the statute of limitations had run.

12.     Furthermore, upon information and belief, a substantial portion of the amount claimed due in Exhibit 1, consists of interest and late charges.  26 C.F.R. § 1.6050P-1(d)(2)-(3) state:

> **(d) Exceptions from reporting requirement—**
>
> \*\*\*\*

**(2) Interest. The discharge of an amount of indebtedness that is interest is not required to be reported under this section.**

**(3) Non-principal amounts in lending transactions. In the case of a lending transaction, the discharge of an amount other than stated principal is not required to be reported under this section. For this purpose, a lending transaction is any transaction in which a lender loans money to, or makes advances on behalf of, a borrower (including revolving credits and lines of credit).**

13. Therefore, the statement that Capital One Bank (USA), N.A. would have had to issue a 1099C for "any forgiveness of $600.00 or more" is false in the sense that forgiveness of the interest and/or fees on the alleged debt would not have to be reported at all. *Wagner v. Client Services, Inc.*, Slip Copy, 2009 WL 839073 (E.D.Pa. March 26, 2009).

14. The false statement in West's letter regarding discharge of indebtedness had the purpose and effect of tricking the consumer into believing that the bigger the settlement she received, the more she will have to pay the IRS, no matter what.

15. In other words, the statement was designed to wrench more money from the consumer, and to induce the consumer to pay more money now, rather than less money later. In reality, the consumer does not have to pay *any* taxes pursuant to that section if she waits to settle a debt until after the statute of limitations had run, and Capital One would not have had to report such to the IRS.

16. Plaintiff did not receive a proper notice of her rights under 15 U.S.C. §1692g. Further, West made improperly intimidating, false and unfair statements in violation of 15 U.S.C. §§ 1692e and 1692f.

## COUNT I - FDCPA

17. The FDCPA sections 1692e and 1692f prohibit a debt collector from making false or unfair statements in connection with collection of a debt.

18. West made false and unfair statements in connection with collection of an alleged debt from plaintiff as described above.

19. Upon information and belief, based upon the fact that plaintiff did not receive such notice, West violated 1692g by not sending plaintiff a proper notice of her rights pursuant to that section.

20. Plaintiff was damaged by West's violations.

WHEREFORE, plaintiff requests that this Court enter judgment against Law Offices of James A. West, P.C. for:

    a. Statutory damages;

    b. Actual damages;

    c. Any other relief the court deems proper.

    Respectfully submitted,

    /s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**JURY DEMAND**

Plaintiff demands trial by jury.

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

# Exhibit 1

# JAMES A. WEST, P.C.
6300 Rogerdale Road, Suite 108
Houston, TX 77072-1624

(800) 568-4116
(713) 260-7627

August 27, 2008

Michelle Welton

Chicago, IL 60610

Reference: Capital One Bank (USA), N.A.
Account No:
Current Balance: $

Settlement offer!

My client has agreed to accept $_____ as settlement for monies owing on your account. Payment must be received by this office within ten (10) days from the above date. Please make your check or money order payable to my client. This offer may become void at my client's option after that date. Please remit your payment to P.O. Box 722901, Houston, TX 77072-2901, unless otherwise instructed.

In the event you desire to take advantage of this offer, please call VIRGINIA WILLIAMS at 800-568-4116 extension 1181 immediately!

This offer is intended as a courtesy to assist you in honoring your legal obligation. However, if you fail to contact this office regarding this limited offer, I must assume that you do not intend to settle this debt on a voluntary basis and will make appropriate recommendations to my client about your account.

Our client is required to file information returns on form 1099C with the IRS for any forgiveness of $600.00 or more. Please consult your tax advisor if you have any questions.

This communication is from a debt collector. We are required to inform you that this is an attempt to collect a debt, and any information obtained will be used for this purpose.

Sincerely,

James A. West
Attorney at Law